# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 22, 2024

## NO. 03-23-00348-CV

**Nelson Hunter DeSpain, Appellant**

**v.**

**Bonnie Rea DeSpain, Appellee**

## APPEAL FROM THE COUNTY COURT AT LAW OF BURNET COUNTY
## BEFORE JUSTICES BAKER, TRIANA, AND SMITH
## AFFIRMED IN PART; REVERSED AND REMANDED IN PART –
## OPINION BY JUSTICE BAKER

This is an appeal from the divorce decree signed by the trial court on February 24, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the portion of the decree relating to the division of the community estate. Therefore, the Court reverses that portion of the trial court's divorce decree and remands the case to the trial court for further proceedings consistent with the Court's opinion. Further, the Court affirms the trial court's divorce decree in all other respects. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.